UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  v.<br><br>NIKOS DELANO DORSEY,<br><br>                Defendant. | Case No. CR09-219-RAJ<br><br>**PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE** |

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on August 4, 2011. The defendant appeared pursuant to a summons issued in this case. The United States was represented by Marci Ellsworth, and defendant was represented by Jay W. Stansell. Also present was U.S. Probation Officer Angela McGlynn. The proceedings were digitally recorded.

## SENTENCE AND PRIOR ACTION

On March 24, 2004, Nikos Dorsey was sentenced by the Honorable James K. Singleton, United States District Court Judge in the District of Alaska, to 98 months detention followed by a 6 year term of supervised release for Possession of Cocaine Base with Intent to Distribute; Possession of a Firearm During and in Relation to and in Furtherance of a Federal Drug Trafficking Crime; and Possession of a Firearm in a School Zone. On August 10, 2005, the

United States Court of Appeals for the Ninth Circuit ordered the judgment in this case be Affirmed and Remanded for sentencing. Mr. Dorsey was re-sentenced on November 29, 2005, by the Honorable James K. Singleton, United States District Court Judge in the District of Alaska. He received 79 months of detention and 6 years of supervised release. On July 2, 2009, the Western District of Washington accepted jurisdiction from the District of Alaska.

On October 21, 2009, a violation report was submitted to the Court advising that Mr. Dorsey had violated his conditions of supervision by leaving the district without permission. On October 22, 2009, the Court concurred with the probation officer's recommendation for no action.

On November 2, 2010, a second violation report was submitted to the Court advising that Mr. Dorsey had violated his conditions of supervision by using cocaine. On November 5, 2010, the Court concurred with the probation officer's recommendation for no action.

On December 10, 2010, a violation report and request for warrant was submitted to the Court alleging the defendant used cocaine; committed the crime of DUI; failed to notify the probation officer of law enforcement contact; failed to participate in a substance abuse evaluation; and failed to report for urinalysis testing. On January 21, 2011, the defendant's term of supervised release was revoked and he was sentenced to credit for time served (16 days of detention), followed by 71 months supervised release.

**PRESENTLY ALLEGED VIOLATIONS**

In a petition dated June 9, 2011, U.S. Probation Officer Angela McGlynn alleged that defendant violated the following conditions of supervised release:

1. Using cocaine on or before February 2, 2011, in violation of standard condition 7.

2. Failing to report for urinalysis testing as directed on 2/9, 2/25, 2/2/8, 3/31, 4/18,

5/19, and 6/1/2011, in violation of the special condition that requires the defendant to report for urinalysis testing as directed.

3. Consuming alcohol on or before May 10, 2011, in violation of the special condition that directs the defendant shall abstain from the use of alcohol and/or other intoxicants during the term of supervision.

## FINDINGS FOLLOWING EVIDENTIARY HEARING

Defendant admitted the above violations, waived any hearing as to whether they occurred, and was informed the matter would be set for a disposition hearing September 16, 2011 at 1:30 p.m. before District Judge Richard A. Jones.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the Court find that defendant has violated the conditions of his supervised release as alleged above, and conduct a disposition hearing.

DATED this 5th day of August, 2011.

BRIAN A. TSUCHIDA
United States Magistrate Judge